

FILED

SEP 3 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:21-mj-1108-RJ |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER A. BARBEE. | ) | CRIMINAL INFORMATION |

The United States Attorney charges that:

On or about 29 July 2021, in the Eastern District of North Carolina, at Marine Corps Air Station Cherry Point, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, CHRISTOPHER A. BARBEE, did enter Marine Corps Air Station Cherry Point, a military installation, for a purpose prohibited by lawful regulation, to wit: entering the BT-11 Restricted Bombing Range Prohibited Area by boat, in violation of Title 18, United States Code, Section 1382.

G. NORMAN ACKER, III
Acting United States Attorney

By: _____
MARK J. MARSELLA
Special Assistant U.S. Attorney
Criminal Division